United States
Southern D...

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

AUG 2 1 2003

Michael N. Milby, Clerk of Court

Financial Federal Credit §
§
Plaintiff, §
§
v. §   C. A. No. H-03-3224
§
David Cooper, et al. §
§
Defendants. §

ORDER OF SETTING

TO ALL COUNSEL OF RECORD:

The above case has been SET for a Rule 16 SCHEDULING CONFERENCE AS FOLLOWS:

Date: January 23, 2004

Time: 4:15

Room 9136, 9th Floor
U.S. Courthouse & Federal Building
515 Rusk Avenue
Houston, TX  77002

Counsel shall prepare and file not less than 10 days before the conference, a joint discovery/case management plan containing the information called for on the attached form, as required by Rule 26(f), Federal Rules of Civil Procedure.

The Clerk shall enter this Order and notify all parties.

Signed on Aug 14, 2003, at Houston, Texas.

Ewing Werlein, Jr.
United States District Judge